UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LORENZO LOPEZ,

        **Plaintiff,**

v.                                       Case No.: 6:10-cv-1887-ORL-35KRS

VIRGINIA WIN and TARGET
CORPORATION,

        **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e). (Dkt. 17.) Plaintiff's Motion requests that the Court reconsider its Order (Dkt. 16) striking Plaintiff's Amended Complaint and dismissing this matter without prejudice, that it amend its Order to deny Target's Motion to Dismiss and that it reinstate Plaintiff's Amended Complaint and return this matter to the Court's docket. (Dkt. 17 at 25.) On review of the Motion and the Court's prior Order, the Court finds that Plaintiff's Motion fails to identify sufficient grounds to justify the relief sought and only attempts to renew contentions this Court has already resolved.

As a consequence, Plaintiff's Motion (Dkt. 17) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Orlando, Florida, on this 3rd day of May 2011.

1

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties